GABUTIN_R.stpgar2

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROSALINA T. GABUTIN, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> BANK OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 97-00036 <br><br> **STIPULATED MOTION FOR WRIT OF CONTINUING GARNISHMENT** |

WHEREAS Defendant, ROSALINA T. GABUTIN, Piti, Guam 96915, Social Security Number XXX-XX-4442, and joint account holder, Joseph C. Gabutin, Social Security Number XXX-XX-0436, have requested that monies available in the judgment defendant and joint account holder's account number XXXX-XX9100, in the amount of $100.00 per month beginning January 28, 2008 and continuing thereafter at the end of every month or when funds become available, be made payable to the Clerk, U.S. District for the Northern Mariana Islands for payment toward Defendant ROSALINA T. GABUTIN's restitution that is due and owing;

1  Plaintiff, UNITED STATES OF AMERICA, and Defendant, ROSALINA T. GABUTIN, and joint account holder, Joseph C. Gabutin hereby jointly move the Court for an order of a writ of continuing garnishment on the monies available in the judgment defendant and joint account holder's account number XXXX-XX9100, in the amount of $100.00 per month, beginning January 28, 2008 and continuing thereafter at the end of every month, or when funds become available, until Defendant ROSALINA T. GABUTIN's restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 12/16/07

_____
ROSALINA T. GABUTIN
Defendant

Dated: 12/16/07

_____
Joseph Camacho Gabutin
Joint Account Holder

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 1/14/08     By: _____
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov