F I L E D
Clerk
District Court

JAN 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  GABUTIN_R.stpwrit2

2  LEONARDO M. RAPADAS
   United States Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  MIKEL W. SCHWAB
   Assistant U.S. Attorney
5   Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
7  FAX: (671) 472-7215

8  Attorneys for United States of America

9

10              IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN MARIANA ISLANDS

12

13  UNITED STATES OF AMERICA,       )   CRIMINAL CASE NO. 97-00036
                                    )
14              Plaintiff,          )
                                    )
15        vs.                       )   **WRIT OF CONTINUING**
                                    )   **GARNISHMENT**
16  ROSALINA MARIE TUDELA GABUTIN,  )
                                    )
17              Defendant,          )
    _____)
18                                  )
    BANK OF GUAM,                   )
19                                  )
                Garnishee.          )
20  _____)

21

22        Upon stipulated motion of Plaintiff, Defendant and joint account holder for an order of

23  Writ of Continuing Garnishment on Defendant, ROSALIN MARIE TUDELA GABUTIN and

24  joint account holder Joseph C. Gabutin's account number XXXX-XX9100, in the amount of

25  $100.00 per month, beginning January 28, 2008 and continuing thereafter at the end of every

26  month or when funds become available;

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on account number XXXX-XX9100, in the amount of $100.00 per month of Defendant ROSALINA MARIE TUDELA GABUTIN, Social Security Number XXX-XX-4442, and joint account holder, Joseph C. Gabutin, Social Security Number XXX-XX-0436, beginning January 28, 2008 and continuing thereafter at the end of every month or when funds become available, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT FOR THE NMI**

and mailed to:

U.S. District Court for the
 Northern Mariana Islands
2nd Floor, Horiguchi Building
Garapan
P.O. Box 500687
Saipan, MP 96950

DATED this __15TH__ day of __January__, 2008.

ALEX R. MUNSON
Chief Judge
District Court for the Northern
 Mariana Islands