**GABUTIN_R.wdraw**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00036 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO WITHDRAW WRIT OF CONTINUING GARNISHMENT** |
| ROSALINA MARIE TUDELA GABUTIN, ) | |
| Defendant, ) | |
| BANK OF GUAM, ) | |
| Garnishee. ) | |

On January 15, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served to Defendant ROSALINA MARIE TUDELA GABUTIN and Garnishee, Bank of Guam. On or about January 23, 2008, our office received information from garnishee that account XXXX-XX9100 has been permanently closed as of December 6, 2007. (See Attachment A).

//

//

Plaintiff respectfully requests that the Court withdraw the Writ of Continuing Garnishment against Defendant ROSALINA MARIE TUDELA GABUTIN with Garnishee Bank of Guam.

DATED this 3rd day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI


By:   /s/ Jessica F. Cruz
      JESSICA F. CRUZ
      Assistant U.S. Attorney
      Jessica.F.Cruz@usdoj.gov
      MIKEL W. SCHWAB
      Assistant U.S. Attorney
      Mikel.Schwab@usdoj.gov
