


**Bank of Guam**
*The People's Bank*

P.O. BOX BW
HAGATÑA, GUAM 96932

tel (671) 472-5300

January 17, 2008

United States Attorney's Office
Michelle Perez
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

RE:   <u>U.S. vs. Rosalina Marie T. Gabutin, CR 97-00036</u>

Dear Mrs. Perez:

Pursuant to the Writ of Continuing Garnishment on the above referenced, please be advised that the account xxxx-xx9100 has been permanently closed as of December 6, 2008. Please refer to the attachment for other available information.

If you should have any questions, please feel free to contact my office at (671) 472-5300 ext. 5371 or by fax at (671) 472-5115.

Sincerely,

**BANK OF GUAM**

**Anthony R. C. Siongco**
**PAC/Compliance Officer**

Attorney's Office
Districts of Guam & NMI

JAN 23 2008

Receiving name JEmmanuel
Date keyed in Dbase _____
Entered into Dbase by: _____

