**GABUTIN_R.wdrawsvc**

1  LEONARDO M. RAPADAS
   United States Attorney
2  JESSICA F. CRUZ
   Assistant U.S. Attorney
3  MIKEL W. SCHWAB
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorney's for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 97-00036
                                     )
11              Plaintiff,           )
                                     )
12       vs.                         )    **CERTIFICATE OF SERVICE**
                                     )
13  ROSALINA MARIE TUDELA GABUTIN,   )
                                     )
14              Defendant,           )
    ─────────────────────────────── )
15                                   )
    BANK OF GUAM,                    )
16                                   )
                Garnishee.           )
17  ─────────────────────────────── )

18

19       I hereby certify that on **March 8, 2008**, I electronically filed the **Motion to Withdraw**

20  **Writ of Continuing Garnishment** with the Clerk of Court using the CM/ECF system.  A copy

21  of the following documents: **Motion to Withdraw Writ of Continuing Garnishment** and

22  **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** were sent

23  to the defendant and garnishee by mail on **March 11, 2008**.

24

25                                        LEONARDO M. RAPADAS
                                          United States Attorney
26                                        Districts of Guam and the NMI

27  DATED:  03/14/08            By:    /s/ Jessica F. Cruz
                                       JESSICA F. CRUZ
28                                     Assistant U.S. Attorney
                                       Jessica.F.Cruz@usdoj.gov
                                       MIKEL W. SCHWAB
                                       Assistant U.S. Attorney
                                       mikel.schwab@usdoj.gov