1 GABUTIN_R.taxgar

2 LEONARDO M. RAPADAS
  United States Attorney
3 JESSICA F. CRUZ
  Assistant U.S. Attorney
4 MIKEL W. SCHWAB
  Assistant U.S. Attorney
5 Sirena Plaza, Suite 500
  108 Hernan Cortez Avenue
6 Hagåtña, Guam 96910
  TEL: (671) 472-7332
7 FAX: (671) 472-7215

8 Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00036 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION FOR A WRIT OF GARNISHMENT** |
| ROSALINA T. GABUTIN, | ) | (Tax Year 2007) |
| Defendant, | ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

WHEREAS Defendant, ROSALINA T. GABUTIN, Piti, Guam 96915, Social Security Number XXX-XX-4442, and joint tax payer, Joseph C. Gabutin, Social Security Number XXX-XX-0436, have requested that any income tax refund including tax year 2007 payable to Defendant and Joseph C. Gabutin from the Department of Revenue and Taxation, Government of Guam, be made payable to the Clerk, District Court for the Northern Mariana Islands for payment toward Defendant's restitution that is due and owing;

//

1   Plaintiff, UNITED STATES OF AMERICA, and Defendant, ROSALINA T. GABUTIN,
2   and joint tax payer, Joseph C. Gabutin, hereby jointly move the Court for an order of writ of
3   garnishment on any income tax refund including tax year of Defendant, ROSALINA T.
4   GABUTIN, and Joseph C. Gabutin.

Dated: 5/12/08

ROSALINA T. GABUTIN
Defendant

Dated: 5/12/08

Joseph Camacho Gabutin
Joint Tax Payer

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 5/12/08          By:

JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov