```
F I L E D
    Clerk
District Court

MAY 1 3 2008

For The Northern Mariana Islands
By_____
            (Deputy Clerk)
```

1  GABUTIN_R.TaxWrit

2  LEONARDO M. RAPADAS
   United States Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  MIKEL W. SCHWAB
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam  96910
   TEL:  (671) 472-7332
7  FAX:  (671) 472-7215

8  Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00036 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF GARNISHMENT** |
| ROSALINA T. GABUTIN, | ) | (Tax Year 2007) |
| Defendant, | ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

Upon stipulated motion of Plaintiff, Defendant and joint tax payer, for an order of a Writ of Garnishment on Defendant, ROSALINA T. GABUTIN and joint tax payer, Joseph C. Gabutin's income tax refund including tax year 2007.

//
//
//
//

1  IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax
2  refund including tax year 2007 account of Rosalina T. Gabutin, Social Security Number XXX-
3  XX-4442, and joint tax payer, Joseph C. Gabutin, Social Security Number XXX-XX-0436 until
4  further notice.

5  Checks should be made payable to:

6  **CLERK, DISTRICT COURT FOR THE NMI**

7  and mailed to:

8  U.S. District Court for the
   Northern Mariana Islands
9  2nd Floor, Horiguchi Building
   Garapan
10 P.O. Box 500687
   Saipan, MP 96950

12  DATED this __13th__ day of __MAY__, 2008.

   ALEX R. MUNSON
   Chief Judge
   District Court for the Northern
   Mariana Islands

- 2 -