**GABUTIN_R.TaxGarSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00036 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ROSALINA T. GABUTIN, ) | (Tax Year 2007) |
| ) | |
| Defendants, ) | |
| _____) | |
| ) | |
| DEPARTMENT  OF REVENUE ) | |
|    AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

I hereby certify that on **May 12, 2008**, I electronically filed the following:  **Stipulated Motion for Writ of Garnishment**  with the Clerk of Court using the CM/ECF system and

//

//

//

//

//

copies of the **Stipulated Motion for Writ of Garnishment** (Tax Year 2007) and **Writ of Garnishment** (Tax Year 2007) were sent to the defendant, joint tax payer and garnishee by mail on **May 14, 2008**.

Respectfully submitted.

```
                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and the NMI


Dated:  05/16/08              By:    /s/ Jessica F. Cruz
                                     JESSICA F. CRUZ
                                     Assistant U.S. Attorney
                                     Jessica.F.Cruz@usdoj.gov
                                     MIKEL W. SCHWAB
                                     Assistant U.S. Attorney
                                     mikel.schwab@usdoj.gov
```